No. 74–5576. BROWN *v.* BRITT, WARDEN, ET AL.;

No. 74–5758. WOODELL *v.* PLOWFIELD, SHERIFF;

No. 74–5771. FREEMAN *v.* HAVENER, CORRECTIONAL SUPERINTENDENT; and

No. 74–5801. DONNELLY ET AL. *v.* DONNELLY ET AL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 74–878. NATIONAL LEAGUE OF CITIES ET AL. *v.* BRENNAN, SECRETARY OF LABOR; and

No. 74–879. CALIFORNIA *v.* BRENNAN, SECRETARY OF LABOR. Appeals from D. C. D. C. Probable jurisdiction noted. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 406 F. Supp. 826.

No. 74–712. UNITED STATES *v.* BORNSTEIN ET AL. C. A. 3d Cir. Certiorari granted.

No. 73–2066. NATIONAL INDEPENDENT COAL OPERATORS' ASSN. ET AL. *v.* MORTON, SECRETARY OF THE INTERIOR, ET AL. C. A. D. C. Cir.; and

No. 74–521. MORTON, SECRETARY OF THE INTERIOR *v.* DELTA MINING, INC., ET AL. C. A. 3d Cir. Certiorari granted. Cases consolidated and a total of one hour allotted for oral argument. Reported below: No. 73–2066, 161 U. S. App. D. C. 68, 494 F. 2d 987; No. 74–521, 495 F. 2d 38.

No. 74–18. FISHER ET AL. *v.* UNITED STATES ET AL. C. A. 3d Cir.; and

No. 74–611. UNITED STATES ET AL. *v.* KASMIR ET AL. C. A. 5th Cir. Certiorari granted. Cases consolidated and a total of one hour allotted for oral argument. Reported below: No. 74–18, 500 F. 2d 683; No. 74–611, 499 F. 2d 444.